# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-0184-01-CR-W-DW |
| ) | |
| KEITH R. DUNLAP, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation on Defendant's Motion for Determination of Mental Competency (Doc. 12). No objections to the Report have been filed.

After an independent review of the record, the Court finds Defendant Keith R. Dunlap is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. The Court hereby ORDERS that the Magistrate's findings and recommendation are ADOPTED and shall be attached to and made part of this Order.

Date:   January 7, 2008                                    /s/ Dean Whipple
                                                                    Dean Whipple
                                                          United States District Judge